**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Erma Ochoa,<br>Plaintiff,<br>v.<br>City of Mesa, et al.,<br>Defendants. | No. CV-26-01363-PHX-DWL (ASB)<br>**ORDER** |

This is a prisoner civil rights action that was referred to Magistrate Judge Bachus for all pretrial proceedings. (Doc. 3.) On September 2, 2026, Judge Bachus issued a report and recommendation ("R&R") concluding that "Plaintiff's Complaint (Doc. 1) [should] be dismissed without prejudice as to Defendant Joseph Moore only." (Doc. 17 at 4.) The R&R further explained that "[t]he parties shall have 14 days from the date of service of a copy of this recommendation within which to file specific written objections with the Court." (*Id.*)

Here, no such objections have been filed and the 14-day deadline has expired. Thus, the Court accepts the R&R's recommendation. *See, e.g., Thomas v. Arn*, 474 U.S. 140, 149-50 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."). *See also United States v. Reyna-Tapia*, 328

F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

Accordingly,

**IT IS ORDERED** that:

1. The R&R (Doc. 17) is **adopted**.
2. Defendant Joseph Moore is **dismissed without prejudice**.
3. Defendant's motion to dismiss (Doc. 18) is **denied as moot**.

Dated this 22nd day of September, 2026.

Dominic W. Lanza
United States District Judge